VINCENT J. AIELLO, ESQ.
Nevada Bar No. 007970
Email: vaiello@spencerfane.com
LINDA K. WILLIAMS, ESQ.
Nevada Bar No. 012135
Email: lwilliams@spencerfane.com
SONNY P. DEFREITAS, ESQ.
Nevada Bar No.: 017184
Email: sdefreitas@spencerfane.com
**SPENCER FANE, LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 938-8648
*Attorneys for Plaintiff/Counter-Defendant MSP Plus OS Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MSP PLUS OS INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ADAM BIELANSKI, an individual; NICOLE BIELANSKI, an individual; ZERODAY INVESTMENTS, LLC, a limited-liability company; ZERODAY STRATEGIES INC., a Colorado corporation; and SIERRA PACIFIC CONSULTING, INC., a California corporation,<br><br>Defendants.. | Case No.: 2:26-cv-02620-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |
| ADAM BIELANSKI, an individual; NICOLE BIELANSKI, an individual; ZERODAY INVESTMENTS, LLC, a Colorado limited-liability company; ZERODAY STRATEGIES INC., a Colorado corporation; and SIERRA PACIFIC CONSULTING, INC., a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>MSP PLUS OS INC., a Nevada Corporation,<br><br>Counterdefendant | |

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.938.8648

1. Plaintiff/Counter-Defendant MSP Plus OS Inc. ("MSP") and Defendants/Counterclaimants Adam Bielanski, Nicole Bielanski, ZeroDay Investments, LLC, ZeroDay Strategies, Inc., and Sierra Pacific Consulting, Inc. (collectively, "Defendants," and together with MSP, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, LR 7-1, and LR 26-1(a), to extend the deadline to submit the stipulated discovery plan and scheduling order from November 13, 2026, to November 30, 2026. In support of this Stipulation, the Parties state as follows:

2. Defendants filed their Answer to the Complaint, Affirmative Defenses, and Counterclaims (ECF No. 11). Under LR 26-1(a), the stipulated discovery plan and scheduling order is currently due November 13, 2026.

3. MSP filed its Answer to Counterclaims on October 19, 2026 (ECF No. 13).

4. Good cause exists for the requested extension. The Parties are actively engaged in settlement discussions and working toward a resolution to resolve the dispute between them.

5. This is the Parties' first request to extend this deadline. The Court has not granted any prior extension of this deadline.

6. This request is made in good faith and not for the purpose of delay. It is submitted before the current deadline expires. The requested extension will not prejudice any party, and no other deadlines have been set in this case.

///

///

///

///

///

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.938.8648

7. WHEREFORE, the Parties respectfully request that the Court extend the deadline to submit the stipulated discovery plan and scheduling order to Monday, November 30, 2026..

**IT IS SO STIPULATED.**

Dated this 13th day of November, 2026.

**SPENCER FANE LLP**

*/s/ Sonny P. DeFreitas*
Vincent J. Aiello, Esq. (NV BAR NO. 007970)
Linda K. Williams, Esq. (NV BAR NO. 012135)
Sonny P. DeFreitas, Esq. (NV BAR NO. 017184)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant MSP Plus OS Inc.*

**DICKINSON WRIGHT PLLC**
*/s/ Gabriel A. Blumberg*
Michael N. Feder, Esq. (NV BAR NO. 7332)
Gabriel A. Blumberg, Esq. (NV BAR NO. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
*Attorneys for Defendants/Counterclaimants Adam Bielanski, Nicole Bielanski, ZeroDay Investments, LLC, ZeroDay Strategies, Inc., and Sierra Pacific Consulting, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: November 16, 2026

**Spencer Fane LLP**
**300 South Fourth Street, Suite 1600**
**Las Vegas, NV 89101-6019**
**Phone: 702.408.3400 Fax: 702.938.8648**